No. 1563, Misc. BROWN *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *Max Cohen* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.

No. 1567, Misc. ABNEY *v.* MARYLAND. Ct. App. Md. Certiorari denied.

No. 1568, Misc. McINTOSH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. Petitioner *pro se. Melvin G. Rueger* and *Calvin W. Prem* for respondent.

No. 1620, Misc. GONZALES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *John J. Browne* for petitioner.

No. 1634, Misc. `DORADO *v.* CALIFORNIA ADULT AUTHORITY ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1656, Misc. STILTNER *v.* WASHINGTON STATE BOARD OF PRISON TERMS AND PAROLES. C. A. 9th Cir. Certiorari denied.

No. 1591, Misc. HAWKS *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 999, Misc. CANADA *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se. Darrell F. Smith,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondent.